1  BILAL A. ESSAYLI
   Acting United States Attorney
2  ALEXANDER B. SCHWAB
   Assistant United States Attorney
3  Acting Chief, Criminal Division
   LYNDSI ALLSOP (Cal. Bar No. 323485)
4  Assistant United States Attorney
   Deputy Chief, Major Crimes Section
5  KENNETH R. CARBAJAL (Cal. Bar No. 338079)
   Assistant United States Attorney
6  Major Crimes Section
        1300 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone:     (213) 894-3165/3172
        Facsimile:     (213) 894-3713/0141
9       E-mail:        lyndsi.allsop@usdoj.gov
                       kenneth.carbajal@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12                    UNITED STATES DISTRICT COURT

13               FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,          CR 2:25-cr-00886-CV

15            Plaintiff,              [PROPOSED] ORDER SEALING
                                      INDICTMENT AND RELATED DOCUMENTS
16            v.
                                      **(UNDER SEAL)**
17 RYAN JAMES WEDDING,
      aka "James Conrad King,"
18    aka "Jesse King,"
      aka "Jessi,"
19    aka "~j,"
      aka "~R137,"
20    aka "~PE,"
      aka "~3.14,"
21    aka "~EL COCO,"
      aka "R,"
22    aka "RW,"
      aka "JJ,"
23    aka "Jessie New,"
      aka "Jes Old,"
24    aka "Mexi,"
      aka "El Guerro,"
25    aka "El Jefe,"
      aka "El Toro,"
26    aka "Boss,"
      aka "Buddy,"
27    aka "Giant,"
      aka "Grande,"
28    aka "Public,"

                                  1

```
 1       aka "Public Enemy,"
         aka "NPKY8WY7,"
 2       aka "FUJ93HXR,"
         aka "PW7RJ83R,"
 3       aka "KJ5JW6HM,"
         aka "NXYS6JC9,"
 4       aka "8DC7CAYB,"
         aka "49T9KYR9,"
 5       aka "T9PHWCJY,"
         aka "YF4TTY4K,"
 6    DEEPAK BALWANT PARADKAR,
         aka "cocaine_lawyer,"
 7       aka "Deepaj Emergency,"
         aka "Descartes,"
 8       aka "K8KDZKW8,"
         aka "A5VB2FX6,"
 9       aka "Z9W7ETCU,"
         aka "criminal_lawyer@me.com,"
10    ATNA OHNA,
         aka "Tupac,"
11       aka "~Kim Jong -Un,"
         aka "~kim jong Un,"
12       aka "6Z3DKEPC,"
         aka "DR8CF76E,"
13    CARMEN YELINET VALOYES FLOREZ,
         aka "~negra,"
14       aka "7JKF6Y5A,"
      WILSON RIASCOS,
15       aka "Pepe,"
      ROLAN SOKOLOVSKI,
16       aka "The Jew,"
         aka "~Sushi,"
17       aka "Applepie,"
         aka "Lakers2,"
18       aka "Fiji2,"
         aka "6777F2HA,"
19       aka "HESR73RN,"
         aka "4K6S66FC,"
20       aka "deem1313@live.ca,"
      FNU LNU 1,
21       aka "~JP Morgan,"
         aka "JP,"
22    BIANCA CANASTILLO-MADRID,
         aka "Bianca Canastillo
23        Madrid,"
         aka "Bianca Madrid,"
24       aka "~cady,"
         aka "Claudio,"
25       aka "Claudi Old New Is
            Candy,"
26       aka "TK8658TT,"
         aka "B9R3SBWT,"
27    ALLISTAIR CHAPMAN,
         aka "🧒,"
28       aka "⚡,"
```

```
   aka "Ali Star,"
   aka "R9BSX52X,"
   aka "PVMTRY34,"
TOMMY DEMORIZI,
AHMAD NABIL ZAITOUN,
   aka "Ahmad Nabil Zitoun,"
   aka "Ahmad Zitoun,"
   aka "Ahmad Zaitoon,"
   aka "Activs Cousin,"
   aka "Ynotbro,"
   aka "T8PR3Y8R,"
GURSEWAK SINGH BAL,
   aka "The Dirty News,"
   aka "thedirtynewz,"
   aka "@6ixaktv,"
   aka "@6ixak_tv,"
   aka
      "sixademiks6@hotmail.com,"
EDWIN BASORA-HERNANDEZ,
   aka "Edwin Hernandez,"
   aka "Ed Winter,"
YULIETH KATHERINE TEJEDA,
   aka "ana.kata1992,"
FNU LNU 2,
FNU LNU 3,
FNU LNU 4,
FNU LNU 5,
FNU LNU 6,

         Defendants.
```

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter.

10/28/2025
DATE

HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

3

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____    _____
DATE                            HONORABLE MARGO A. ROCCONI
                                UNITED STATES MAGISTRATE JUDGE

4