UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

10/28/25

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_MRV\_\_\_\_\_ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　PLAINTIFF<br>　　　v.<br>RYAN JAMES WEDDING,<br>　aka "James Conrad King,"<br>　aka "Jesse King,"<br>　aka "Jessi,"<br>　aka "~j,"<br>　aka "~R137,"<br>　aka "~PE,"<br>　aka "~3.14,"<br>　aka "~EL COCO,"<br>　aka "R,"<br>　aka "RW,"<br>　aka "JJ,"<br>　aka "Jessie New,"<br>　aka "Jes Old,"<br>　aka "Mexi,"<br>　aka "El Guerro,"<br>　aka "El Jefe,"<br>　aka "El Toro,"<br>　aka "Boss,"<br>　aka "Buddy,"<br>　aka "Giant,"<br>　aka "Grande,"<br>　aka "Public,"<br>　aka "Public Enemy,"<br>　aka "NPKY8WY7,"<br>　aka "FUJ93HXR,"<br>　aka "PW7RJ83R,"<br>　aka "KJ5JW6HM,"<br>　aka "NXYS6JC9,"<br>　aka "8DC7CAYB,"<br>　aka "49T9KYR9,"<br>　aka "T9PHWCJY,"<br>　aka "YF4TTY4K,"<br>DEEPAK BALWANT PARADKAR,<br>　aka "cocaine_lawyer,"<br>　aka "Deepaj Emergency,"<br>　aka "Descartes,"<br>　aka "K8KDZKW8,"<br>　aka "A5VB2FX6,"<br>　aka "Z9W7ETCU,"<br>　aka "criminal_lawyer@me.com,"<br>ATNA OHNA,<br>　aka "Tupac,"<br>　aka "~Kim Jong -Un,"<br>　aka "~kim jong Un,"<br>　aka "6Z3DKEPC,"<br>　aka "DR8CF76E,"<br>CARMEN YELINET VALOYES<br>　　FLOREZ,<br>　aka "~negra," | CASE NUMBER<br><br>CR　2:25-cr-00886-CV<br><br><br>**NOTICE TO COURT OF<br>RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

    aka "7JKF6Y5A,"
WILSON RIASCOS,
  aka "Pepe,"
ROLAN SOKOLOVSKI,
    aka "The Jew,"
    aka "~Sushi,"
    aka "Applepie,"
    aka "Lakers2,"
    aka "Fiji2,"
    aka "6777F2HA,"
    aka "HESR73RN,"
    aka "4K6S66FC,"
    aka "deem1313@live.ca,"
RASHEED PASCUA HOSSAIN,
    aka "Sheed,"
    aka "~JP Morgan,"
    aka "JP,"
BIANCA CANASTILLO-MADRID,
  aka "Bianca Canastillo Madrid,"
    aka "Bianca Madrid,"
    aka "~cady,"
    aka "Claudio,"
    aka "Claudi Old New Is Candy,"
    aka "TK8658TT,"
    aka "B9R3SBWT,"
ALLISTAIR CHAPMAN,
    aka "😀,"
    aka "⚡,"
    aka "Ali Star,"
    aka "R9BSX52X,"
    aka "PVMTRY34,"
TOMMY DEMORIZI,
AHMAD NABIL ZAITOUN,
    aka "Ahmad Nabil Zitoun,"
    aka "Ahmad Zitoun,"
    aka "Ahmad Zaitoon,"
    aka "Activs Cousin,"
    aka "Ynotbro,"
    aka "T8PR3Y8R,"
GURSEWAK SINGH BAL,
    aka "The Dirty News,"
    aka "thedirtynewz,"
    aka "@6ixaktv,"
    aka "@6ixak_tv,"
    aka "sixademiks6@hotmail.com,"
EDWIN BASORA-HERNANDEZ,
    aka "Edwin Hernandez,"
    aka "Ed Winter,"
YULIETH KATHERINE TEJEDA,
    aka "ana.kata1992,"
FNU LNU 2,
FNU LNU 3,
FNU LNU 4,
FNU LNU 5,
FNU LNU 1,

                            DEFENDANTS.

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to:

<u>United States v. Ryan James Wedding, et al.</u>, Case No. 24-cr-369(A)-SPG, which:

|     |     |
| --- | --- |
| __X__ | was previously assigned to the Honorable Sherilyn Peace Garnett; |
| ____ | has not been previously assigned. |

The above-entitled cases may be related for the following reasons:

|     |     |
| --- | --- |
| __X__ | the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events; |
| __X__ | the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges. |

Additional explanation (if any): This case involves a plot to murder a perceived witness in the above-referenced case for the purpose of causing the above-referenced case to be dismissed.

Dated: October 28, 2025

LYNDSI ALLSOP
KENNETH R. CARBAJAL
Assistant United States Attorneys