Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 2 6 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ EE _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
PLAINTIFF

CASE NUMBER: 2:24-cr-00369(A)-SPG
2:25-cr-00886-CV

RYAN JAMES WEDDING

USMS# _____    DEFENDANT

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 01/23/2026 @ 07:50    ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   21USC846; 21USC963; 21USC846; 848(e)(1)(A); 18USC1512(a)(1)(A), (C), (3)(A), (k); 18USC1513(a)(1)(A),

5. Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1981

8. Defendant has retained counsel:    ☐ No
   ☒ Yes    Name: Anthony Colombo    Phone Number: 619-889-8467

9. Name of Pretrial Services Officer notified: duty-cacpt-cac@cacp.uscourts.gov

10. Remarks (if any): Please note the defendant has two active cases: 2:25-cr-00886-CV and 2:24-cr-00369(A)-SPG.

11. Name: SA John Parr    (please print)

12. Office Phone Number: 571-310-9395    13. Agency: FBI

14. Signature: /s/ John Parr    15. Date: ~~01/26/2026~~ 01/25/2026

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION