### UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-00886-SPG                                          Date: 1/26/2026

Present: The Honorable: John D. Early, United States Magistrate Judge

Interpreter                                          Language

| Amber Rodriguez | CS 01/26/26 | Lyndsi Camille Allsop |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✓  Present  In Custody          Attorneys for Defendants:  ✓  Present  Retained

Ryan James Wedding                                   Anthony E. Colombo

**Proceedings: Arraignment of**       ✓  **Assignment of Case**       **Appointment of Counsel**
**Defendant and/or**                  ✓  **Initial Appearance**

* Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant is given copy of the Indictment.
* Defendant confirms reading, signing, and understanding the Advisement of Rights form (CR-10).
* Court acknowledges waiver of a detailed reading of the Indictment and ascertains that the defendant understands the nature of the charges.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Sherilyn Peace Garnett.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 3/24/2026 8:30 AM; Status Conference: 2/11/2026 9:30 AM
* Court grants the Government's request and orders the defendant permanently detained.
* Defendant committed to the custody of the U.S. Marshal.
* Government counsel provides trial estimate of 3-4 weeks.
* Judge Garnett is located in 5C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: ✓ PSALA          PSAED          PSASA
    ✓ USMLA          USMED          USMSA        **Initial Appearance/Appointment of Counsel:** ____ : 05
      Statistics Clerk              Interpreter            **Arraignment:** ____ : 10
      CJA Supervising Attorney     Fiscal          **Initials of Deputy Clerk:** ARO ____