FILED
CLERK, U.S. DISTRICT COURT
JAN 26 2026
CENTRAL DISTRICT OF CALIFORNIA
BY ARD DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:24-cr-00369-SPG |
| v. | 2:25-cr-00886-SPG |
| Ryan Wedding DEFENDANT(S). | DESIGNATION AND APPEARANCE OF COUNSEL |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Anthony Colombo, Jr. _____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

1/26/26
Date

_[Defendant's Signature]_
Defendant's Signature

Santa Ana, CA
City and State

## APPEARANCE OF COUNSEL

I, Anthony Colombo, Jr. _____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

1/26/26
Date

_[Attorney's Signature]_
Attorney's Signature

218411
California State Bar Number

105 West F Street, Ste 312
Street Address

San Diego, CA 92101
City, State, Zip Code

(619) 236-1704         (619) 889-8467 Cell
Telephone Number       Fax Number

anthonycolombolegal@gmail.com
E-mail Address