```
 1  TODD BLANCHE
    Deputy Attorney General
 2  BILAL A. ESSAYLI
    First Assistant United States Attorney
 3  ALEXANDER B. SCHWAB
    Assistant United States Attorney
 4  Acting Chief, Criminal Division
    LYNDSI ALLSOP (Cal. Bar No. 323485)
 5  Assistant United States Attorney
    Deputy Chief, Transnational Organized Crime Section
 6  MARIA ELENA STITELER (Cal. Bar No. 296086)
    Assistant United States Attorney
 7  Transnational Organized Crime Section
         1400 United States Courthouse
 8       312 North Spring Street
         Los Angeles, California 90012
 9       Telephone: (213) 894-3165/(505) 224-1495
         Facsimile: (213) 894-3713/0141
10       E-mail:    Lyndsi.Allsop@usdoj.gov
                    Maria.Stiteler@usdoj.gov
11
    Attorneys for Plaintiff
12  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-CR-00886-SPG-1 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| RYAN JAMES WEDDING, | **[PROPOSED] TRIAL DATE: 7/28/2026** |
| aka "James Conrad King," | |
| aka "Jesse King," | **[PROPOSED] STATUS CONFERENCE: 7/15/2026** |
| aka "Jessi," | |
| aka "~j," | |
| aka "~R137," | |
| aka "~PE," | |
| aka "~3.14," | |
| aka "~EL COCO," | |
| aka "R," | |
| aka "RW," | |
| aka "JJ," | |
| aka "Jessie New," | |
| aka "Jes Old," | |
| aka "Mexi," | |
| aka "El Guerro," | |
| aka "El Jefe," | |
| aka "El Toro," | |
| aka "Boss," | |
| aka "Buddy," | |
| aka "Giant," | |

```
    aka "Grande,"
    aka "Public,"
    aka "Public Enemy,"
    aka "NPKY8WY7,"
    aka "FUJ93HXR,"
    aka "PW7RJ83R,"
    aka "KJ5JW6HM,"
    aka "NXYS6JC9,"
    aka "8DC7CAYB,"
    aka "49T9KYR9,"
    aka "T9PHWCJY,"
    aka "YF4TTY4K,"

              Defendant.
```

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the defendant RYAN JAMES WEDDING ("the defendant") in this matter on February 9, 2026.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution and the number of defendants, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel

and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from March 24, 2026, to July 28, 2026. The status conference hearing is continued from February 11, 2026, to July 15, 2026.

2. The time period of February 6, 2025, to July 28, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

| DATE | HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE |

Presented by:

    /s/
LYNDSI ALLSOP
MARIA ELENA STITELER
Assistant United States Attorneys

3